Reginald **HILL**, Plaintiff–Appellant,

v.

**UNITED STATES**, Defendant–Appellee.

No. 2006–5063.

United States Court of Appeals, Federal Circuit.

April 27, 2006.

Reginald Hill, pro se.

*ORDER*

Appellant having paid the required filing fee, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Appellant should compute the due date for filing its brief 21 days from the date of filing of this order.